MELISSA WHITON, *Administratrix, etc., Appellant, v.* J. HARRISON SNYDER, *Respondent.* — Judgment affirmed on opinion of referee, with costs.

THOMAS JOHNSTON, *Respondent, v.* ELIAS MITCHELL, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

HENRY W. WINNE *v.* THE NIAGARA FIRE INSURANCE COMPANY. — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

ALEXANDER GILLAND, *Respondent, v.* EDWIN R. LAWRENCE, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

HENRY GRAY, *Respondent, v.* THE GRAND TRUNK RAILWAY COMPANY OF CANADA, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

ISAAC J. ST. JOHN, *Respondent, v.* WILLIAM YOUMANS, *Appellant, Impleaded, etc.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

RILEY READ, *Appellant, v.* THE ERIE RAILWAY COMPANY and others, *Respondents.*— Judgment affirmed, with costs to respondents Wheeler, Griffis, Terwilliger and Pettingill against appellant. Opinion by LEARNED, P. J.; BOCKES, J., not acting.

MARY O'DAY, *as Administratrix, etc., Respondent, v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, *Appellant.* — Order affirmed, with costs. Opinion by BOCKES, J.; LEARNED, P. J., not acting.

BURTON G. MORSE, *Appellant, v.* JANSEN HASBROUCK and others, *Respondents.* — Judgment affirmed, with costs; order affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.

JOSEPH B. SHUMWAY, *Executor, etc., Appellant, v.* WILLIAM GRAVES and others, *Respondents.* — Decree of surrogate reversed and case sent to surrogate for accounting, in accordance with opinion. Opinion by BOARDMAN, J.

HARRISON WELLS, *Appellant, v.* WILLIAM W. THOMPSON and others, *Respondents, Impleaded, etc.* — Motion for new trial denied, and judgment for defendant on nonsuit. Opinion by BOCKES, J.

FRANKLIN C. CORNELL, *as Administrator, etc., Respondent, v.* THE UTICA, ITHACA AND ELMIRA RAILROAD COMPANY and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.; BOARDMAN, J., not acting.